Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 846 | **DATE** | 9/11/2009 |
| **CASE TITLE** | USA vs. Burge | | |

**DOCKET ENTRY TEXT**

Enter Opinion and Order.  For the reasons stated in the Opinion and Order, defendant's motion to dismiss the indictment pursuant to *Garrity* [59, 64] is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|