# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 846 | **DATE** | 10/27/2009 |
| **CASE TITLE** | USA vs. Jon Burge | | |

**DOCKET ENTRY TEXT**

Enter Opinion and Order regarding motions [34, 35, 37, 39, 41, 43, 45, 47, 48, 50, 57, 67, 77]. Motion [45] is denied. Motion [50] is denied. Motions [57, 67] are denied. Motion [77] is denied. Motion [34] is granted to the extent stated. Motion [35] is denied as moot. Motion [37] is granted to the extent stated. Motion [39] is granted to the extent stated. Motion [41] is denied. Motion [43] is granted to the extent stated. Motion [47] is denied as moot. Motion [48] is granted. The court's ruling on Burge's motions to produce exculpatory and impeachment information [51] and to admit prior testimony [79] will issue separately by mail.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|