IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 08 CR 846 |
| | ) Honorable Joan H. Lefkow |
| JON BURGE | ) |

### DEFENDANT'S BURGE'S WITNESS LIST

Defendant Jon Burge, by his attorneys, pursuant to the Court's order, respectfully lists the names of individuals who may be called as witnesses in his defense at trial:

- Thomas Krippel
- Patrick Mokry
- Leonard Bajenski
- Lori Gail Levin
- Michael Hoke
- Paul S. Kayman
- Daniel McWeeny
- Raymond Madigan
- Robert Flood
- Dennis McGuire
- Fred Hill
- Kathleen Warnick
- Michael Hartnett
- John Paladino
- Sammy Lacey
- Dr. Michael Baden
- Daniel M. Locallo
- Thomas O'Brien
- Ricky Shaw
- Lee Harris
- Jackie Wilson
- Michael Bosco
- Alfred Leslie Petrocelli
- Michael McDermott
- Anthony Katalinic
- Thomas McKenna
- Lawrence Hyman
- Paul Nealis
- James Lotito
- Ronald Boffo
- Peter Dignan
- Robert Dwyer
- Raymond Binkowski

William Kushner
David Dioguardi
Milton Deas
Leroy Martin
Hubert Holton
Alvin Palmer
Rutherford Wilson
William Parker
Doris Byrd
Jack Hines
Fred Coffey
Edmund Leracz
Richard Kolovitz
Daniel Brannigan
Richard Brzeczek
Jane Byrne
Richard M. Daley
William Kunkle
Richard Devine
James Pienta
John Paladino
Joseph Gorman
Frank Glynn
Anthony Maslanka
George Basile
Norbert Listowski
William B. Griffin
Al Palmer
Marty Johnson
Jack Hines
Fred Miller

Defendant reserves the right to call witnesses to impeach or rebut the government's case.

Defendant's investigation continues, and he reserves the right to amend this list as witnesses become known.

Defendant further notes that this list does not contain all names of witnesses in respect to the cases listed in the government's letter of March 24, 2006.  See Motion to Exclude or Continue.   Defendant obviously has not had sufficient time to investigate said cases or issue subpoenas.

                                                      Respectfully submitted,

                                                      */s/ Richard Beuke*_____

RICHARD BEUKE
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 427-3050

WILLIAM GAMBONEY, JR.
216 S. Marion St.
Oak Park, IL 60302
(708) 445-1994

MARC W. MARTIN
MARC MARTIN, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 408-1111
*Attorneys for Defendant Jon Burge*

**CERTIFICATE OF SERVICE**

      I, MARC W. MARTIN, an attorney for Defendant Jon Burge, hereby certify that on this, the 1st day of April, 2010, I filed the above-described document on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                                                            /s/ Marc W. Martin

MARC W. MARTIN
MARC MARTIN, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 408-1111