UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 846 |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| JON BURGE | ) | |

## GOVERNMENT'S LIST OF POTENTIAL WITNESSES

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits this Government's List of Potential Witnesses. This list includes those individuals who the government expects to call at this time as well as other individuals that the government may call if necessary. The government also anticipates filing at a later date the Government's List of Proposed Witnesses, which will be a list of witnesses the government expects to call in the order the government anticipates calling them. The government also may add additional witnesses to this Government's List of Potential Witnesses and will file an amended list as it becomes necessary.[1]

Grace Andrews

James Andrews

Gregory Banks

---

[1] There are a number of stipulations the government will be proposing which will hopefully eliminate the need to call certain witnesses. If stipulations cannot be reached, additional witnesses may need to be added. For example, the government may need to call a custodian of records for the Chicago Police Department, or various court reporters to authenticate prior admissions by the defendant if there are no agreed stipulations.

David Bates

Frances Boatman

Barbara Brown

Roy Brown

Doris Byrd

Lee Carson

Michael Condon

Dale Coventry

Wilbur Crooks

Patricia Crossin

Milton Deas

Melvin Duncan

John Gallagher

Raymond Garza

Michael Goldston

Stephen Goodman

Stanley Harper

Michael Hartnett

Wendy Heide

Anthony Holmes

Michael Johnson

Melvin Jones

Karen Kelly

Richard Kling

Sam Lacey

Johnny Lavender

Darlene Lopez

Jon Loevy

Derrick Martin

Leroy Martin

Michael McDermott

Richard Michael

Shadeed Mu'min

Jacob Overton

Diane Panos

William Parker

Alice Phelps

Alphonso Pinex

John Raba

Eric Robinson

Ross Walter Romine

James Sotos

Barbara Steinberg

Larry Suffredin

        Casandra Watson

        Deven Williams

        Luella Woods

        Michael Wysocki

        Walter Young

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    s/ *April M. Perry*
        APRIL M. PERRY
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-5966