UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08 CR 846 |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| JON BURGE | ) | |

## GOVERNMENT'S PRELIMINARY EXHIBIT LIST

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits this Preliminary Exhibit List. This list includes summaries of the exhibits the Government currently intends to use at trial. The government will file one week prior to trial a more detailed exhibit list with all of the proposed exhibits numbered.

| Exhibit # | Summary of Exhibit |
|---|---|
| | CPD Photographs of Jon Burge |
| | Photograph of Jon Burge Florida driver's license |
| | Prior testimony of Jon Burge |
| | Demonstrative exhibits of Area 2 |
| | Mechanical / structural drawings of Area 2 |
| | Defendant Burge's Answers to Plaintiff's First Set of Interrogatories in *Hobley v. Jon Burge, et al.*, 03 C 3678 |
| | Defendant Burge's Answers to Plaintiff's Second Set of Interrogatories in *Hobley v. Jon Burge, et al.*, 03 C 3678 |
| | Jon Loevy letter to James Sotos, et al., dated 10/20/03 |
| | Michael Condon letter to Loevey & Loevy, dated 10/21/03 |
| | Michael Condon letter to Loevey & Loevy, dated 11/11/03 |

|  | Michael Condon letter to Loevy & Loevy, dated 11/13/03 |
|---|---|
|  | Michael Condon letter to Loevy & Loevy, dated 12/5/03 |
|  | **Exhibits re: James Andrews** |
|  | Andrews CPD Reports (Lewis & Jenkins) |
|  | **Exhibits re: Gregory Banks** |
|  | Dr. Romine medical records |
|  | 11/18/83 Complaint Register #134947 |
|  | 11/14/83 Raba letter |
|  | Banks/Bates CPD reports |
|  | **Exhibits re: Anthony Holmes** |
|  | 5/29/73 Holmes post-arrest statements (redacted) |
|  | Holmes CPD reports |
|  | 4/18/75 Jon Burge CPD Commendation |
|  | **Exhibits re: Shadeed Mu'Min** |
|  | Typewriter cover (demonstrative) |
|  | Photograph of typewriter cover |
|  | 10/31/85 Mu'Min post-arrest statement |
|  | **Exhibits re: Andrew Wilson** |
|  | Photographs of Area 2 |
|  | Photographs of radiator |
|  | Photographs of Andrew Wilson |
|  | Photographs of Wilson line-up |
|  | Wilson medical records (Dr. Raba, Dr. Goodman, Dr. Harper) |
|  | Wilson CPD reports |
|  | Wilson prior testimony (to be further identified) |

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

By:   /s/M. David Weisman
        M. David Weisman
        Assistant United States Attorney
        (312) 353-2119

Date:   April 13, 2010.