# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 846 | **DATE** | 4/8/2010 |
| **CASE TITLE** | USA vs. Jon Burge | | |

**DOCKET ENTRY TEXT**

Pretrial conference held.  Government's oral motion to extend time to 4/12/2010 to file exhibit list granted.  Enter Ruling on Pretrial Schedule, Submissions and Motions.  Conference on first round of juror questionnaires set for 4/22/2010 at 2:00 p.m.  Conference on second round of juror questionnaires set for 5/17/2010 at 2:00 p.m.  Government's consolidated motions in limine [167] and motion [169] ruled upon as stated in the Ruling on Pretrial Schedule, Submissions and Motions.  Defendant's motion [171] and government's oral motion to issue writs ad testificandum granted.  Defendant's motion [172] granted in part and denied in part.  Defendant's motion [176] denied without prejudice. Government's motion [178] resolved by agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

02:00

| | Courtroom Deputy Initials: | MD |
|---|---|---|