IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 846 |
| | ) | Honorable Joan Lefkow |
| JON BURGE | ) | |

## DEFENDANT'S SUPPLEMENT TO WITNESS LIST

Defendant JON BURGE, by his attorneys, respectfully submit the following names of individuals who may be called in his defense:

- Dean Bastones
- Wayne Bunch
- Dennis Doherty
- Paul Geiger/Representatives from Chicago Fraternal Order of Police
- Carolyn Hill
- Janet Luppa
- Officer J. Meier
- William Merritt
- William Murphy
- Paramedics from Cook County Cermak Health Services
- Bill Warner

Respectfully submitted,

*/s/ Marc W. Martin*

WILLIAM GAMBONEY, JR.
216 S. Marion St.
Oak Park, IL 60302
(708) 445-1994

RICHARD BEUKE
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 427-3050

MARC W. MARTIN
MARC MARTIN, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 408-1111

**CERTIFICATE OF SERVICE**

  I, MARC W. MARTIN, an attorney for Defendant Jon Burge, hereby certify that on this, the 18th day of May, 2010, I filed the above-described document on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                   /s/ Marc W. Martin

MARC W. MARTIN
MARC MARTIN, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 408-1111