# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 846 | **DATE** | 5/27/2010 |
| **CASE TITLE** | USA vs. Burge | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion of Flint Taylor to quash defendant Burge's subpoena duces tecum [231] is granted.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | MD |
|---|---|---|