# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 846 | **DATE** | 5/28/2010 |
| **CASE TITLE** | USA vs. Burge | | |

**DOCKET ENTRY TEXT**

Defendant's motion in limine to preclude his prior testimony [200] granted in part and denied in part as stated on the record. Defendant's motion in limine regarding prior testimony of Andrew Wilson [202] granted in part and denied in part as stated on the record. Defendant's motion for production of exculpatory and impeaching information [194] granted in part and denied in part as stated on the record. Defendant's second renewed motion for change of venue [227] denied. Defendant's bench brief regarding cross-examination of Anthony Holmes [236] denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|