# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 846 | **DATE** | 6/7/2010 |
| **CASE TITLE** | USA vs. Burge | | |

**DOCKET ENTRY TEXT**

Hearing on potential witnesses' claims of privilege held. The motion to seal pleadings filed on behalf of various witnesses by Mr. Becker and joined by counsel for all potential witnesses is granted in part and denied in part. Enter redacted version of this court's Order of June 2, 2010. Mr. Becker's oral motion to reseal motions to quash filed on behalf of Leonard Bajenski [246] and Frank Glynn [248] is granted for the reasons stated on the record. The clerk is directed to seal Docket Nos. 246 and 248. Docket No. 250 is stricken as duplicative.

■ [ For further detail see separate order(s).]                                   Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | MD |
|---|---|---|