**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

USA v. Burge                                                 08-CR-846

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

For Intervenor Ralph Harris

| | |
|---|---|
| NAME (Type or print)   Joey L. Mogul | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/Joey L. Mogul | |
| FIRM   People's Law Office | |
| STREET ADDRESS   1180 N. Milwaukee | |
| CITY/STATE/ZIP   Chicago, Illinois  60642 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6243516 | TELEPHONE NUMBER   773-235-0070 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.   RETAINED COUNSEL   X                    APPOINTED COUNSEL | |