# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00846
　　　　　　　　　　　　　　　　　　　　　Honorable Joan H. Lefkow

Thomas McKenna

　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2015:

　　　　MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 5/13/2015. Motion of Ralph Harris to intervene [442] is granted for the reasons stated in the Court's Memorandum Opinion and Order [438] of 1/17/2014. The Protective Order [439] is lifted as to Tara Thompson to disclose to movant what categories of documents she has received from the Government. Request for subpoenas is denied without prejudice. Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.