FILED

MAR 2 5 2016
MAR 25 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Gary Michael Trentz

Plaintiff(s)

V.

U.S.

Defendant(s)

U.S. v. John Burge

Case No.

08 CR 846

Hon. J. Lefkow

Motion For Expanded Investigation - Time
Add on Defendants
Rule 60 FRCr+Civ - Procedures

Comes Plaintiff Complainant G. Michael Trentz moving the Court for an order to Expand and add on Defendants and investigations pursuant to Rule 60 F.R.C.P. including such other Rules needed and necessary by adoption for clarification at the Courts discreation.

Jurisdictional Statement

1. This Court Retains Original Jurisdiction.
2. Competent Jurisdiction.
3. Subject matter Jurisdiction
4. Pendant State claims Jurisdiction
5. Diversity Jurisdiction

One exhibit attached dated file stamped 6-18-2011 Judge Thode Portage, Indiana Superior Court, I had title Insurance

(2)

This case in the matter of TRENTZ v. U.S. Department of Defense proceeded on, U.S. 7th Circuit Court of Appeals. CERT was then grant by the U.S. Supreme Court Associate Justice Ginsburg. The case was the noted by Associate Justice Scila. <u>None of these defendants had a Right to do what they did to Mr. TRENTZ as knowing and willing participants, and for the length of time,</u> "Both parties", withstanding the 7th circuits Findings. The petition of the 7th US Circuit affirmed, on 7th circuits positions, affirmed. Moreover, Discovery is something that both sides are allowed theirs no discreation in that clean understanding. This case was Remanded back for further proceedings to this Court. Plaintiffs would like to add with same continuing and like misconduct before during and after the fact. The U.S. Supreme Court affirmed Re-affirmed the lower courts with all due respect this Trial Court, Discovery by Writ of Mandamus Granted. Psychological effect of Torture were noted. Plaintiff-Complainant, incorporates this motion with his motion file stamped march, 16, 2016 to the whole entire Record upon Review and approval of this Court. Fraud, no statute of limitations, can be Re-open and Revisited at any time hereby Requested.

This case has traveled on under unspeakable conditions to and throughout Illinois, Northern District on Indiana, Texas, Louisiana. Defendants Democrats + Republicans as principals to those in the private sector as aidders and abettors to embezzle purloin severe depravity of life, violence, financial crimes in violation of Hobbs Anti-Racketeering Act.

(3)

stolen U.S. Mail matter.

As to page 3(5) of the motion 3-14-2016 filed. FBI misconduct. FBI Director Comey directed the San Antonio, Texas filed to Purloin the Benefits and Monies. The agent FBI, then took the monies to the San Antonio City Council and deposited with one of the council-members a mexican. They were all Democrats. As to Brandt Miller NBC news media Chicago, C.I.A. case officer Bush #41. Miller would have the Chicago F.B.I. agents line up with their children to go for flight in his small airplane. Where Miller bought them off with pay raises and promotions and in exchange could further harm my person. Again they were all Democrats. Get everyone of their names, Assign liability in damages and protections. Harassment Retaliation for exposure.

As to Methodist Transplant Hospital 8026 Floyd Curl, San Antonio. Forgery of Pt. Records for internal Organ Harvesting. It happens to all Homeless persons in Texas, Organs for Profit. Dated 7-16-2015.

Accident date 6-02-14 Harris methodist Hospital Ft. Worth, Texas dated 10-24-14. Plaintiff was kicked out after being run over by a car for no insurance. An Attorney was contacted. At the time I had Texas medicaid insurance, furnished to the Hospital. + V.A. Card.

(4)

As to the attorney, Thomas Henery 210-656-1000 4715 Fredericksburg Rd. Mr. Henery purpoted to represent my person. I could not get another lawyer because. I whanted his to be my lawyer but he never made himself available. I signed a contract 4-pages long 2 copies then he lied about it and I could never get another lawyer. Signed contract "McDonalds in Ft. worth."

Complaint filed with A.R.D.C. Austin, Texas Filed Stamped August 17, 2015. State Bar stated they couldn't find at either of his 4-locations Mr. T. Henry with all informations provided.

As to the State Commission on Judicial Conduct, Judge Nelson Wolf. Complaint filed 8-13-2015 Re: CJC No 15-1035-CO. For trying to use his family member, daughter, on an act of sexual entrapment. FBI was notified. Wolf had to step down and become a County Commissioner. Wolf and Henry.. Nelson Wolf and Thomas Henry are very close friends. Harrassment, Retaliation was brutal. Plaintiff never received one dime, nothing. Local city police, San Antonio, were involved. Entrappment. Thomas Henry also had battery charge filed with A.R.D.C for violence when it didn't work out for him. He's known for violence

(5)

As to "Theft of an Intellectual Property" Miss Diane Sawyer testified 2nd Circuit, New York City.

Mr. Trentz has approximately in excess of 50-children. Mostly from women in the news-media, women I have never met. Genetic engineering, George Bush #41 has the gene codes, paternity test, required. NBC Joan Espito has 2-sons of mine, For news Anna DeVlantas has 2-son of mine, Karen Jordan ABC has 1-or more. Finding these children could take forever. Julie Chen CBS + Les Moonvez has 1 of my sons. Return all property with financial damages and properties. Some these childred are now in 20's and some are still being born. What Hotel Hotel are they using here, Illinois. As to the Valencia Hotel, Santonio, Texas WAoi-Radio Station and Joe Paggs Ran it with all the parties present from both political parties. Poppy Harlow - CNN, chose the Basketball player and she disappeared with him for one week. Poppy Harlow was then caught by the FBI as they barged in her hotel room and caught performing sexual acts with 2-guys at the same time. 1-mexican 1-muslim. On the street I had the side of my head bashed in with a mop stick while she was having a good time. We're suppose to have a daughter together. I never met her, it told me what she thought of me whenever Thomas Henry didn't get his way. I lost a lot of Blood. Harlow followed in the same footsteps as Katy Corie, Anna DeValatas, Joan Esposoto, Karen Jordan and all the rest, for things construed all value and

(6) As to attorney misconduct. Every lawyer knows the exception to the Atty-client privilege, is Atty-client fraud. As to Thom Durkin, Curic hire him for my person and prevailed. The special prosecutor Fitzgerald & F.B.I agents Brad Bookwalt, Mark Becker stole my insurance proceeds Yvonne Dear, and thats whos hands my money was in last, U.S.A employees for Department of Justice. The crimes they comitted against my person for so long was to get away with the crimes they committe for unlawful financial enrichement against my person They pulled out left behind, not even a drop the attached exhibit, court order be granted to Judge Thode for the entire record thats been actively concealed. Get the whole record you'll find where the money, property, went at whose hands. Judge Michael Coffee, Austin, Texa Community Court on 6th Street. The Homeless Court. He has all the records I filed including supreme court. Court order for all of it. please in our search for the truth, assigning blame, punishing wrongdoer vindicating and making whole Mr. Trentz

Wherefore, hold all liable in civil & criminal damages consistent with the record and the 2-par Rule 60 motion hereof, will notify the court of plain tiffs address change along with notice of motion when ala iqbe. Now present will seek medical attention, plaintiff rests. 20 Billion to both parties liable.

Respectfully Submitted

Date March 25, 2016

G. Michael Trentz
G. Michael Trentz
Plaintiff-Complainant

STATE OF INDIANA ) SS:
COUNTY OF PORTER )

**FILED IN OPEN COURT**
JAN 18 2011

PORTER SUPERIOR COURT
COUNTY DIVISION
3560 Willowcreek Road
Portage, Indiana 46368
(219)759-8208 Or 8213

Plaintiff,
CITY OF PORTAGE
EMS FireDepartment
C/O Rhame & Elwood
6070 Central Avenue
Portage, Indiana 46368

*[signature]* PORTER CIRCUIT SUPERIOR COURT

vs.

MICHAEL TRENTZ
Defendant-Counter-Plaintiff

CAUSE NO. 64D060809-SC-5278
Hon. Judge JEFFrey L. THODe

### CHANGE OF COURT DATE

Comes Now G. Michael Trentz after first sworn upon oath/affirmation, States as follows:

1. Your Affiant States, he has a matter now pending in the United States District Court, Northern District of Illinois in the matter of U.S. v. John Burge.

2. Your Affiant States, John Burge is to be Sentenced on January 20, 2011. Said is not limited to the Torture and maiming of his victims while working in joint activity with other Police Department and other Officials of the Regular Democratic Party of which I was one of his victims.

3. Your Affiant States, this Burge Matter extends from the matter of TRENTZ v. RICHARD DALEY, CITY Of CHICAGO, REGULAR DEMOCRATIC PARTY et. al;. at that time before the U.S. District Judge Thomas McMillan . Judgement was in my favor nor did I receive the money damages awarded by the Court including punitive damages.

4. Your Affiant States, what I did receive was deposit in the hands of John Burge and his friends and the massive retaliation has been the main stay of the Party's severe retributions while working in joint activity with those of same status in the State of Indiana as such relates and pertains not limited to this case presently including, Lake, County, Indiana. Said continuing acts of misconduct of great constitutional magnituide against my property and person including the ongoing misappropriation of (Chase-Bank) funds by embezzlment conversion, violent crimes, set-up and framings of crimes that never happened was for the sole purpose of Defeating the Due Administration of Justice in violation of but not limited to Title 42 Section 1985, while Democratic Party defendants worked their deprivations individually with each other and together in violation of the conspiracy laws of the United States.

03/12/14

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

G. M. Trentz,
_____
Plaintiff

v.

U.S.
_____
Defendant(s)

Case Number: 08 CR 846

Judge: Hon. J. Lefkow

*Instructions:* Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

*Application:* I, Gary Michael Trentz, declare that I am the ☑ plaintiff ☐ petitioner ☑ movant ☑ (other Complaint) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?  ☐ Yes  ☑ No
   (If "No," go to Question 2)
   I.D. #: _____ Name of prison or jail: _____
   Do you receive any payment from the institution?  ☐ Yes  ☐ No
   Monthly amount: _____

2. Are you currently employed?  ☐ Yes  ☑ No
   a. If the answer is "yes," state your:
      Monthly salary or wages: _____
      Name and address of employer: _____

   b. If the answer is "no," state your:
      Beginning and ending dates of last employment: _____
      Last monthly salary or wages: _____
      Name and address of last employer: _____

This is an updated Financial Application Affidavit. This court is and now with all current informations from the Diversity Jurisdictions Texas, New Orleans.

3. Are you married? ☐ Yes ☒ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's *monthly* salary or wages: _____
   Name and address of spouse's employer: _____
   _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark a ✓ next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐ Yes ☒ No
      Total received in the last 12 months: _____
      Received by: _____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
      Total received in the last 12 months: _____
      Received by: _____

   c. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☐ No ?
      Total received in the last 12 months: _____
      Received by: Financial Certificates in possession by This Court or from New Orleans, Texas.

   d. ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support ☒ Yes ☐ No
      Total received in the last 12 months: $700/month
      Received by: Reduced by San Antonio, Texas, SSI MR. Onteveros Social Security office 402 Isom Road.

   e. ☐ Gifts or ☐ inheritances ☐ Yes ☐ No ?
      Total received in the last 12 months: _____
      Received by: Still owed + during.

   f. ☐ Unemployment, ☐ welfare or ☒ any other public assistance ☐ Yes ☒ No
      Total received in the last 12 months: _____
      Received by: _____

   g. ☐ Any other sources (describe source: _____ ) ☐ Yes ☒ No
      Total received in the last 12 months: _____
      Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No
   Total amount: _____
   In whose name held: _____ Relationship to you: _____

*[Handwritten at top: I've been lied to and deceived in this process. Only this court answers this question. What is the total amount in question from all sources?]*

6. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☐ No
   Property: _____ Current value: _____
   In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc.  ☐ Yes  ☒ No
   Type of property and address: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   In whose name held: _____ Relationship to you: _____
   Amount of monthly mortgage or loan payments: _____
   Name of person making payments: _____

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000?  ☐ Yes  ☒ No
   Year, make and model: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☐ Yes  ☒ No
   Property: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒ None.
    _____
    _____

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒ None.
    _____
    _____

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: MARCH 25, 2016   _____
                       Signature of Applicant

                       Gary michael Trentz
                       (Print Name)

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

N/A

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).

_____          _____
    Date                      Signature of Authorized Officer

                              _____
                              (Print Name)

JS 44 (Rev. 3/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: **Cook**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **USA**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
**PRO-SE**
**504-270-9106**

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- **X** 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | **X** 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | **X** 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | **X** 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 400 State Reapportionment |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | 410 Antitrust |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | PROPERTY RIGHTS | **X** 430 Banks and Banking |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 820 Copyrights | 450 Commerce |
| 151 Medicare Act | 340 Marine |  | 830 Patent | 460 Deportation |
| **X** 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability |  | 840 Trademark | **X** 470 Racketeer Influenced and Corrupt Organizations |
| **X** 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / PERSONAL PROPERTY / **X** 370 Other Fraud | LABOR | SOCIAL SECURITY | 480 Consumer Credit |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 190 Other Contract | **X** 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 196 Franchise |  | 751 Family and Medical Leave Act | 864 SSID Title XVI | 891 Agricultural Acts |
|  |  | 790 Other Labor Litigation | 865 RSI (405(g)) | 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 791 Employee Retirement Income Security Act |  | 895 Freedom of Information Act |
| 210 Land Condemnation | 440 Other Civil Rights / 510 Motions to Vacate Sentence |  | FEDERAL TAX SUITS | 896 Arbitration |
| 220 Foreclosure | 441 Voting | Habeas Corpus: | 870 Taxes (U.S. Plaintiff or Defendant) | **X** 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 442 Employment / 530 General | 871 IRS—Third Party 26 USC 7609 | **X** 950 Constitutionality of State Statutes |
| 240 Torts to Land | 443 Housing/ Accommodations / 535 Death Penalty |  |  |  |
| **X** 245 Tort Product Liability | 445 Amer. w/Disabilities Employment / **X** 540 Mandamus & Other | IMMIGRATION |  |  |
| **X** 290 All Other Real Property | 446 Amer. w/Disabilities Other / 550 Civil Rights | 462 Naturalization Application |  |  |
|  | 448 Education / 555 Prison Condition | 463 Habeas Corpus - Alien Detainee (Prisoner Petition) |  |  |
|  | 560 Civil Detainee - Conditions of Confinement | 465 Other Immigration Actions |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- **X** 4 Reinstated or Reopened
- 5 Transferred from Another District *(specify)*
- 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
*(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)*
**INSURANCE-PROPERTY-BENEFITS**
**FRAUD MONEY-JUDGEMENTS**

## VII. Previous Bankruptcy Matters
*(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)*

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## IX. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE **Hon J. Lefkow**
DOCKET NUMBER **88 CR 846**

## X. This case *(check one box)*
☐ Is not a refiling of a previously dismissed action
☐ is a refiling of case number _____ previously dismissed by Judge _____

DATE

SIGNATURE OF ATTORNEY OF RECORD
**I.F.P attached**