# EXHIBIT E

1       IN THE UNITED STATES DISTRICT COURT FOR THE

2     NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

3            CASE NO. 18-CV-7192

4            JUDGE STEVEN SEEGER

5       MAGISTRATE JUDGE JEFFREY COLE

6

7             BERNARD MIMS,

8              Plaintiff

9

10                V.

11

12      THE CITY OF CHICAGO, KENNETH

13      BOUDREAU, RICHARD PECK, ROBERT

14       MONTGOMERY, DANIEL MCNALY,

15     TED PRZEPIORA, MICHAEL MCDERMOTT,

16  RAYMOND KAMINSKI, JEAN ROMIC, AND JOHN CLISHAM,

17            Defendants

18

19

20

21

22

23  DEPONENT:  MICHAEL MCDERMOTT

24  DATE:      JULY 8, 2021

25  REPORTER:  AALAYAH PURNELL



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF, BERNARD MIMS:

 4   Julie M. Goodwin

 5   Loevy & Loevy

 6   311 North Aberdeen

 7   Third Floor

 8   Chicago, Illinois 60607

 9   Telephone No.: (312) 243-5900

10   E-mail:  julie@loevy.com

11   (Appeared via videoconference)

12

13   AND

14

15   Jennifer Blagg

16   Blagg Law

17   1333 West Devon Avenue

18   Suite 267

19   Chicago, Illinois 60660

20   Telephone No.: (773) 859-0081

21   E-mail: jennifer@blagglaw.net

22   (Appeared via videoconference)

23

24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE DEFENDANT, THE CITY OF CHICAGO:

 4   Lisa M. Meador

 5   The Sotos Law Firm, P.C.

 6   141 West Jackson Boulevard

 7   Suite 1240A

 8   Chicago, Illinois 60604

 9   Telephone No.: (630) 735-3300

10   Facsimile No.: (630) 773-0980

11   E-mail: lmeador@jsotoslaw.com

12   (Appeared via videoconference)

13

14   ON BEHALF OF THE DEFENDANTS, KENNETH BOUDREAU, RICHARD

15   PECK, ROBERT MONTGOMERY, DANIEL MCNALY, TED PRZEPIORA,

16   MICHAEL MCDERMOTT, RAYMOND KAMINSKI, JEAN ROMIC, AND

17   JOHN CLISHAM:

18   Stacy A. Benjamin

19   Rock Fusco & Connelly, LLC

20   321 North Clark Street

21   Suite 2200

22   Chicago, Illinois 60654

23   Telephone No.: (312) 494-1000

24   E-mail:  sbenjamin@rfclaw.com

25   (Appeared via videoconference)
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                    APPEARANCES (CONTINUED)

2

3    Also Present: Stephanie Nalley, Videographer

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1                            INDEX

2                                              Page

3    PROCEEDINGS                                  7

4    DIRECT EXAMINATION BY MS. GOODWIN            8

5

6                          EXHIBITS

7    Exhibit                                    Page
```

```
8        A - Affidavit CCSAO 1604-1608           58

9        B - Memo: Central Homicide Cold Case   123

10           Squad CCSAO 2326-2331

11       C - General Progress Report DEFENDANT  162

12           CITY 2713-2716

13       D - Ted Przepiora Timeline CCSAO       162

14           2341-2343
```

```
15

16

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        STIPULATION

 2

 3   The VIDEO deposition of MICHAEL MCDERMOTT was taken at

 4   KENTUCKIANA REPORTERS, 30 SOUTH WACKER DRIVE, 22ND

 5   FLOOR, CHICAGO, ILLINOIS 60606 via videoconference in

 6   which all participants attended remotely on THURSDAY the

 7   8th day of JULY 2021 at approximately 10:03 a.m. CST;

 8   said deposition was taken pursuant to the FEDERAL Rules

 9   of Civil Procedure. The oath in this matter was sworn

10   remotely pursuant to FRCP 30.

11

12   It is agreed that AALAYAH PURNELL, being a Notary Public

13   and Court Reporter for the State of KENTUCKY, may swear

14   the witness and that the reading and signing of the

15   completed transcript by the witness is not waived.

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1                       PROCEEDINGS
2          VIDEOGRAPHER:  Good morning.  My name is
3    Stephanie Nalley.  I'm the videographer today and
4    Aalayah Purnell is the court reporter.  Today is the
5    8th day of July 2021.  The time is now 10:03 a.m. We
6    are convened by videoconference to take the video
7    deposition of Michael McDermott in the matter of
8    Bernard Mims versus The City of Chicago, et. al.,
9    pending in the US District Court of Illinois, case
10   number 18-CV-7192. Will Counsel please identify
11   themselves for the record?
12         MS. GOODWIN:  Julie Goodwin and Jennifer Blagg
13   for the plaintiff.
14         MS. MEADOR:  Lisa Meador on behalf of the City
15   of Chicago.  Good morning, Mr. McDermott.
16         THE WITNESS:  Good morning.
17         MS. BENJAMIN:  Stacy Benjamin for the
18   individuals, defendant officers and Defendant
19   McDermott present today.
20         VIDEOGRAPHER:  Okay.  Thank you.  Will the
21   court reporter please swear in the witness?
22         COURT REPORTER:  Mr. McDermott, will you please
23   raise your right hand?  Do you solemnly swear or
24   affirm that the testimony you are about to give will
25   be the truth, the whole truth, and nothing but the
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        truth?

 2              THE WITNESS:  I do.

 3        COURT REPORTER:  Thank you.  Counsel, you may

 4   begin.

 5                    DIRECT EXAMINATION

 6   BY MS. GOODWIN:

 7        Q    Sir, could you please state and spell your

 8   name for the record.

 9        A    Michael McDermott, M-C-D-E-R-M-O-T-T.

10        Q    Great.  And I'm going to adjust my volume on

11   my end, and if you could just be sure to speak up during

12   today's deposition.  I couldn't hear you very well.

13   All right.  Have you ever provided a deposition

14   testimony before?

15        A    Yes.

16        Q    When is the last time that you provided

17   deposition testimony?

18        A    January.

19        Q    January of 2021?

20        A    Correct.

21        Q    And prior to that, have you provided

22   deposition testimony?

23        A    I can't think of any offhand.  No.  I can't

24   think of any offhand.

25        Q    Okay.  You can't recall any other time that
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    you've provided deposition testimony in a civil matter
 2    prior to January of 2021?
 3         A    That's correct.
 4         Q    Okay.  All right.  And in January of 2021,
 5    were you deposed as a defendant or a witness in the
 6    case?
 7         A    Defendant.
 8         Q    And what was the case name?
 9         A    Mitchell.
10         Q    Okay.  And what is your understanding of what
11    it was alleged in Mitchell that you had done?
12         A    I'm not quite sure.  Arrested an individual
13    for a murder, and the state's attorney conducted the
14    interview, and he was found guilty.  I -- he -- recall
15    that he came up with an allegation 30 years later.  I
16    mean, I never heard of it before -- saying that he was
17    threatened by us.  But I didn't interview him.
18         Q    Okay.  You never interviewed Mitchell, the
19    plaintiff in that matter?
20         A    I testified in my deposition that he first
21    came in; his mother was present.  His mother said I -- I
22    advise him of his rights and she said to go ahead and
23    talk to him.  And there was pretty much my involvement
24    with -- with him.
25         Q    Did you interview the plaintiff in Mitchell?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A    Like I said, he told me he did not want to

2   talk in front of his mother.  And my response -- like I

3   -- I just remember his deposition.  I don't know if I

4   recall this interview.  But that -- that he needed to

5   have a mother present.  And if you didn't want your

6   mother there, you deal with it.  And I got a youth

7   officer.  So youth officer and the Assistant State

8   Attorney conducted the interview after that.

9           MS. BENJAMIN:  And I'm going to object to

10          further questions about this case.  He is

11          represented by other attorneys in this case.

12          General questions about it I don't have a problem

13          with, but if you're going to go into the details of

14          that question.  It was actually your office, Loevy &

15          Loevy, that took his deposition just a few months

16          ago.  And there is 300 and some pages of his

17          testimony about that case.  So I'm going to ask that

18          you not -- you refrain from further questions about

19          that case --

20          MS. GOODWIN:  Well, his understanding of why he

21          was sued is in form.

22          MS. BENJAMIN:  Sure.  I -- and that's why I

23          didn't object to that.  But you're starting to go

24          into the facts of the case, and I think that is

25          improper at this point.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:08-cr-00846 Document #: 465-1 Filed: 05/13/22 Page 12 of 24 PageID #:8697
The Deposition of MICHAEL McDERMOTT, taken on July 18, 2021

11

 1              MS. GOODWIN:  All right.

 2              MS. BENJAMIN:  That deposition is not under

 3       seal.  You're probably free to get it from your

 4       colleague, so --

 5              MS. GOODWIN:  Well again, though, I can read

 6       anything, but his understanding is -- it's

 7       development --

 8              MS. BENJAMIN:  Right.  I'm going to object to

 9       that question -- I'm going to object to that

10       question. Okay.

11   BY MS. GOODWIN:

12       Q    **So sir, have you ever lied under oath?**

13       A    No.

14       Q    **Have you ever been accused of lying under**

15   **oath?**

16       A    Yes.

17       Q    **And who made the accusations that you lied**

18   **under oath?**

19       A    Defense attorneys, I guess.

20       Q    **And have you ever provided inconsistent**

21   **testimony in the matter -- well, under oath?**

22              MS. BENJAMIN:  Object to the form.

23              MS. MEADOR:  Objection.  Form.

24              MS. BENJAMIN:  You can answer if you understand

25       the question.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1         A    I -- I mean, I've had thousands of cases.
 2  I was a detective since 1980.  I mean, thousands of
 3  cases. So did I mistakenly misstate a fact or something
 4  -- I mean, possibly I guess.
 5  BY MS. GOODWIN:
 6         Q    Do you understand that you're under oath here
 7  today?
 8         A    Yes.
 9         Q    Do you understand that even though we're
10  conducting this deposition by Zoom, but the deposition
11  itself still has the, you know, full force of the law
12  behind it, that it can be used in proceedings before a
13  judge at a later time?
14         A    Yes.
15         Q    All right.  All right.  I apologize.  All
16  right -- all right.  So given that you just provided a
17  deposition testimony back in January, you're probably
18  familiar with the rules of the deposition.  But I'm
19  going to be asking you questions today.  If there's
20  anything that you don't understand about my questions or
21  if you can't hear me due to any technology, you know,
22  mishaps, just let me know.  If you --
23         A    Okay.
24         Q    -- answer a question during today's
25  deposition, I will just presume that you fully
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   understood the question, okay?
 2       A    Okay.
 3       Q    If you need a break at any time, you can go
 4   ahead and take one as long as there's not a question
 5   pending; do you understand?
 6       A    Yes, ma'am.
 7       Q    Okay.  Where are you located today?
 8       A    321 North Clark.
 9       Q    And are you in a conference room at your
10   attorney's office?
11       A    Yes.
12       Q    Who is in the room with you?
13       A    Attorney Stacy Benjamin.
14       Q    Is anybody else in the room?
15       A    No.
16       Q    And do you have any documents in front of you?
17       A    Yes.
18       Q    Okay.  What documents do you have in front of
19   you right now?
20       A    It looks like a -- a handwritten note, a
21   affidavit for COH in which I signed it, and it looks
22   like a timeline written by somebody.  And then there's
23   another like -- I don't know what you would call it, it
24   was a inter-departmental kind of a summary of things
25   that was not mine.  And one other -- we call it GPRs,
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  but they're notes and make out who wrote it regarding

2  the Baker homicide, that's it.

3      **Q    Okay.**

4          MS. BENJAMIN:  And just for the record, those

5      are the exhibits that you had predesignated before

6      the deposition that I had printed out for the

7      convenience of the witness.

8  BY MS. GOODWIN:

9      **Q    Okay.  Do you have any other documents in**

10 **front of you, sir?**

11         MS. BENJAMIN:  There's an e-mail printout also

12     of the Zoom information.

13         THE WITNESS:  That's it.

14 BY MS. GOODWIN:

15     **Q    Okay.  Any -- any other documents?**

16     A    No.

17     **Q    Okay.  If you could do me a favor and put the**

18 **documents to the side --**

19     A    Yeah.

20     **Q    -- and then we will look at them together,**

21 **okay?**

22     A    Okay.

23     **Q    Do you have anything pulled up on your**

24 **computer screen aside from the Zoom meeting?**

25     A    No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:08-cr-00846 Document #: 465-1 Filed: 05/13/22 Page 16 of 24 PageID #:8701
The Deposition of MICHAEL MCDERMOTT, taken on July 16, 2021

15

1    Q    Okay.  And do you agree not to pull anything

2    up onto the computer screen during today's deposition

3    unless of course we talk about it?

4    A    I -- I wouldn't know how.

5    Q    Okay.  Do you agree to it?

6    A    Yeah.  I agree to it.

7    Q    Okay -- okay.  Did you meet with your attorney

8    prior to today's deposition to prepare?

9    A    Yes.

10   Q    How many times -- well, how many times did you

11   meet with your attorney?

12   A    I met with Ms. Benjamin one time, yesterday.

13   Q    And did you ever meet with any lawyer

14   representing the City of Chicago?

15   A    No.

16   Q    And I'll clarify.  Did you meet with any other

17   attorney aside from Ms. Benjamin?

18   A    There was - another female attorney.  I -- I

19   think it was prior to COVID stuff.  And it was like real

20   brief and guessing like a year, year-and-a-half ago,

21   maybe longer.

22   Q    All right.  When you -- well, in order to

23   prepare for today's deposition, did you review any

24   documents?

25   A    I kind of looked over the stuff I just talked

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:08-cr-00846 Document #: 465-1 Filed: 05/13/22 Page 17 of 24 PageID #:8702
The Deposition of MICHAEL MCDERMOTT, taken on July 08, 2021

16

```
 1    about here.
 2         Q     What do you mean that you kind of looked over
 3    it?
 4         A     I didn't get into every detail.  I kind of
 5    glanced over it.
 6         Q     And so in preparation for your deposition
 7    today, you glanced over the documents in front of you?
 8         A     Yes.
 9         Q     Did you review any other documents in
10    preparation for today's deposition?
11         A     Recently or --
12         Q     At any time.
13         A     I mean, like a year or so ago, when I first
14    went -- met with the attorneys, I kind of went over the
15    type written supps regarding this homicide, and none of
16    the reports were mine.  So I just -- I didn't give it a
17    lot of thought, I guess.  I didn't go into much detail
18    with it.
19         Q     Did you review any photographs in preparation
20    for today's deposition?
21         A     Yeah.  I did look at a photo array.
22         Q     Okay -- okay.  And did you review any audio
23    recordings?
24         A     No.
25         Q     We're here to talk about a lawsuit filed by
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Bernard Mims in regards to the Baker homicide that

2   occurred back in October of 2000.  Do you have an

3   independent recollection of your investigation of the

4   Baker homicide?

5           MS. BENJAMIN:  Object to form.  You can answer.

6       A    Just like briefly from the facts.  I did look

7   over some of the reports, but I don't know how to answer

8   that.  I -- I know there was a homicide and that up on

9   how the investigation kind of went down.

10      Q    Did you take part in the homicide

11  investigation of Blaine Baker?

12      A    It appears from the paperwork, at some point -

13  - I think it's at June of 2001 -- I assisted in some way

14  of interview of a potential witness.  That appears to be

15  my involvement.

16      Q    Is it your recollection based on the review of

17  documents that was your only involvement?

18      A    Well, I was in cold case at the time and our

19  unit was more or less brought into a federal task force

20  thing maybe six months before.  So in a broad sense,

21  there was so many -- so many murders that I had some

22  overview of, I guess a gang that the feds were

23  targeting.  So it might have touched Dina's murder, but

24  other than it, I don't think I had any other involvement

25  with this -- this particular case.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:08-cr-00846 Document #: 465-1 Filed: 05/13/22 Page 19 of 24 PageID #:8704
The Deposition of MICHAEL MCDERMOTT, taken on July 19, 2021

18

```
 1        Q    You solved the Baker homicide, didn't you?

 2             MS. BENJAMIN:  Obj -- could you repeat that?

 3             MS. MEADOR:  Objection to form.

 4        Q    You solved -- for Stacy's clarification.  You

 5   solved the Baker homicide, didn't you?

 6             MS. BENJAMIN:  Object to form.

 7             MS. MEADOR:  Join.

 8        A    I -- I don't know what you mean by solved.

 9   I mean in 2001, I was present for one interview, six

10   months later I was out of the unit.  So I mean, because

11   of that one interview, did it solve it?  I mean, I

12   didn't pursue it, I didn't present it to a state's

13   attorney, so don't -- I'm not quite sure what you mean

14   by solving.

15        Q    Did you read the complaint that was served

16   against you in this matter?

17        A    Yes.  I did.

18        Q    And what is your understanding of what

19   Bernard Mims has alleged in this case?

20        A    That a case I had very little to do with --

21   that a person came to our attention, decided to give us

22   some information, and I should've known that that person

23   was not being entirely truthful.  And that's it.

24        Q    Are you currently employed?

25        A    No.  The grandkids are the ones that paid.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:08-cr-00846 Document #: 465-1 Filed: 05/13/22 Page 20 of 24 PageID #:8705
The Deposition of MICHAEL MCDERMOTT, taken on July 30, 2021

19

```
1      Q    And what is the last place of your employment?
2      A    I -- for a part-time security.  A couple of
3  days a month -- a couple of days a week maybe.
4      Q    And for which company were you working part-
5  time security?
6      A    It was just a friend of mine.  He was a former
7  police officer.
8      Q    In what company?
9      A    Not sure the name of the company.  I guess
10 other police whenever retired if they wanted to work
11 some security on occasion.
12     Q    And what is the name of your friend who ran
13 the business?
14     A    Bob O'Neal.
15     Q    And for how long or from what dates did you
16 work part-time security for Bob O'Neal?
17     A    I think it all started -- I don't know that
18 NADO -- when NADO came in Chicago.  And somebody could
19 tell me what year it was, so it's -- I guess it was off
20 and on from there I'm guessing five years or so six
21 years.
22     Q    Prior to working part-time security for Bob
23 O'Neal, what job did you hold?
24     A    Well, two things that kind of ran along the
25 same time.  I was -- I worked for the State Attorney's
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   Office as an investigator, and I also worked for the
 2   State of Illinois fraud unit, it was like five of us.
 3   Did -- looked at fraud at workers comp -- compensation.
 4       Q    And so for what years -- what dates did you
 5   work as an investigator in the State's Attorney's
 6   office?
 7       A    Well, it's off and on.  So I -- I retired in -
 8   - from the Chicago Police Department in 2006 and
 9   originally went to the State's Attorney's Office via
10   county layoffs, I worked some security jobs through
11   friends, and I worked -- like I said, for the State of
12   Illinois for a year or two.  I came back to the State's
13   Attorney's Office and I eventually left there.
14       Q    Why did you leave the State's Attorney's
15   Office?
16       A    I resigned.  I -- quite honestly, I hated the
17   job.
18       Q    Why did you hate the job?
19       A    The serving subpoenas and people don't want to
20   go to court.  And every day you're dealing with this
21   stuff.  I -- I really -- I used to love law enforcement.
22   I dislike it now.
23       Q    No reason for resigning, was it just because
24   you hated the job?
25       A    There was an allegation that was made, that --
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:08-cr-00846 Document #: 465-1 Filed: 05/13/22 Page 22 of 24 PageID #:8707
The Deposition of MICHAEL MCDERMOTT, taken on July 28, 2021

21

```
 1   I think in like 20 years before that I made a false
 2   statement to OPS.  I think there was an allegation.
 3   Instead of fighting it off, I just -- I had enough.
 4        Q    What was the nature of the allegation
 5   regarding the false statement?
 6        A    I recall maybe 40 years ago, I don't remember
 7   it but according to the paperwork, I went by an open
 8   room, I saw John Birch do something inappropriate to a
 9   person in this room.
10        Q    What was --
11        A    -- and I didn't say -- and I didn't say
12   nothing.
13        Q    -- Birch -- what was Birch doing when you
14   walked by the open room?
15        A    I am not going to expound on it because it was
16   40 years ago and it wouldn't be right to do, so I just -
17   - I don't have a clear memory of -- of that, but I'm
18   sure there's documentation.  I'll stand by what I said
19   before.
20        Q    Well, when you say that you'll stand by what
21   you said before in -- what do you mean by that?  You
22   mean by your testimony?
23        A    I know I was interviewed by Mr. Patrick
24   Fitzgerald, the US Attorney, and I know it was in front
25   of a federal grand jury and I'll stand by what I said.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:08-cr-00846 Document #: 465-1 Filed: 05/13/22 Page 23 of 24 PageID #:8708
The Deposition of MICHAEL MCDERMOTT, taken on July 28, 2021

22

```
 1        Q     In which capacity though are you standing by
 2   what you said?
 3              MS. BENJAMIN:  Object to form.
 4        A     I don't understand the question.
 5        Q     You're providing inconsistent testimony in
 6   regards to what you saw John Birch do, you know, some
 7   years back.
 8              MS. BENJAMIN:  Object to form.
 9        A     I -- I still don't understand the question. If
10   I -- if I commented on something that I saw 30 years
11   before, I'm sure it was just a vague memory.  Since that
12   time, I don't know if it's been ten or 15 years.  I put
13   this stuff out of my mind.  I just don't think it would
14   be appropriate.  I don't know what the actual truth or
15   facts now because it's been so long.
16        Q     What do you mean you don't know the actual
17   facts or truth because it's been so long?
18              MS. MEADOR:  Object to form.
19        A     I -- I work -- I work violent crimes.  We were
20   getting a new murder.  It was worse then than it is now.
21   We were getting thousands and thousands of cases, people
22   murdered, raped, kidnapped, and robbed.  And each case -
23   - after a while, after 40, 50 years, it kind of blends
24   together.  So I would hate to make a comment about
25   something and make a mistake when I'm not a 100 percent
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  sure it's -- it's a truthful answer.  You know, I just -
2  - how can you comment about something from 40 years ago.
3       **Q    Would you agree that for that reason it's**
4  **important for police officers to take notes and**
5  **accurately record their investigation?**
6            MS. MEADOR:  Objection.  Sorry, Stacy, go
7       ahead.
8            MS. BENJAMIN:  Object to form.  Incomplete
9       hypothetical.  You can answer.
10           MS. MEADOR:  Joined.
11           THE WITNESS:  I think it was my case, so I
12      would like to record the important details.
13 BY MS. GOODWIN:
14      **Q    Oh, not just your case, right.  I mean, it's**
15 **just -- it's a broad statement, that it's important for**
16 **a police officer to take notes and record details**
17 **throughout an investigation.  Would you agree with that?**
18           MS. MEADOR:  Same objections.
19      A    On my case -- yeah, I -- I deal with my ca --
20 everybody has their own cases.  I -- I would get new
21 cases, every day, new cases.  So I deal with the stuff
22 that's assigned to me.
23      **Q    So did you ever work on a case -- did you ever**
24 **interview a witness, work on a case that wasn't directly**
25 **assigned to you?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com