## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: U.S. v. Jon Burge          Case Number: 08 CR 846

An appearance is hereby filed by the undersigned as attorney for:
 Intervenor Dwayne Bruce

Attorney name (type or print): Karl Leonard

Firm: The Exoneration Project

Street address: 311 N. Aberdeen, 3rd Floor

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6300333          Telephone Number: 773-595-5641
(See item 3 in instructions)

Email Address: karl@exonerationproject.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  October 6, 2025

Attorney signature:          S/ Karl Leonard
                                            (Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023