# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 08 CR 846 |
| v. | Hon. Joan Humphrey Lefkow<br>District Judge |
| JON BURGE | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Brian Kerwin is no longer assigned to the above-captioned case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorney.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/Jared Hasten
JARED HASTEN
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5354