**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA

                                             Plaintiff,

v.                                                                    Case No.: 1:08–cr–00846
                                                                      Honorable Joan H. Lefkow

Thomas McKenna

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

        MINUTE entry before the Honorable Joan H. Lefkow: Motion [473] by Karl
Leonard for leave to appear on behalf of (Putative) Intervenor Dwayne Bruce as to Jon
Burge is granted. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.