**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                                    Case No.: 1:08−cr−00846
                                                                      Honorable Joan H. Lefkow

Thomas McKenna
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

MINUTE entry before the Honorable Joan H. Lefkow: The motion [474] for access to the grand jury transcript of testimony of witness Michael McDermott is granted. The motion for access to grand jury transcript for the reasons set out in this court';s decision of 6/21/22 [471]. This order is stayed pending entry of a protective order substantially identical to the protective order entered at docket no. [472]. The government shall promptly submit a proposed order governing the disclosure of the transcripts to Proposed_Order_Lefkow@ilnd.uscourts.gov. and shall immediately release the requested material upon entry of the protective order. The parties shall forward a copy of this order to the Assistant United States Attorneys assigned to the Burge case. The government's argument that the motion must be presented to the chief judge as a grand jury matter is not accepted because the request is outside LCr 6.1, which addresses empaneling, supervising, and discharging a grand jury; and (2) the government has not shown that the materials sought are maintained by the clerk, thus subject to LCr 6.2. See Fed. R. Crim. P. 6(e)(1) (requiring the government to retain control of the recording of grand jury proceedings.) Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.